**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 399 MAL 2023
                                  :
         Respondent               :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court
         v.                             :
                                    :
                                    :
KIM LEE MCMULLEN,                 :
                                    :
         Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.